FORM TO BE USED BY A STATE PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983 OR BY A FEDERAL PRISONER IN FILING A BIVENS CLAIM.

**FILED**

UNITED STATES DISTRICT COURT
District of Columbia

JUN 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NO. _____
(leave this space blank)

KENNETH A. HINTON
FCC- Petersburg -Medium
POB 90043
(enter full names of each plaintiff(s))
Petersburg, VA 23804

V.

JAMES W. RUDASILL, Jr.

_____

_____

_____
(enter full names of each defendant(s))

Case: 1:08-cv-01073
Assigned To : Sullivan, Emmet G.
Assign. Date : 6/23/2008
Description: Pro Se Gen. Civil

Inmate Number 17746-016

************************************************************

I. HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION? YES ( )   NO (X)

If your answer is YES, describe the former lawsuit in the space provided below:

_____

_____

_____

II. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE INMATE GRIEVANCE PROCEDURE? YES (XX)   NO ( )

If your answer is YES:

1. What steps did you take?   **Notified the D.C. Bar & Federal Bar Assn.**

2. What was the result? (Attach copies of grievances or other supporting documentation.)

   Presently pending review and disciplinary action by the
   D.C. Bar & Federal Bar Assn. (See Attached Exhibit B)

**RECEIVED**

JUN - 3 2008

Clerk, U.S. District and
Bankruptcy Courts

Page 1 of 5

1

## VERIFIED STATEMENT

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement.

(Please choose the box that applies to your action):

_____ There are no grievance procedures at the correctional facility at which I am being confined.

_____ This cause of action arose at _____, and I am now being housed at _____. Therefore, I do not believe I have administrative remedies relating to this complaint at this time.

_____ I have exhausted by administrative remedies relating to this complaint and have attached copies of grievances demonstrating completions.

III. PARTIES:
In Item "A" below, place your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any. NOTE: ALL PLAINTIFFS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

A. Name of Plaintiff: **Kenneth A. Hinton**

Name of Present Confinement: **FCC Petersburg-Medium**

Address of Present Confinement: **P.O. Box 90043, Petersburg, VA 23804**
(And) 2200 Wilson Blvd, Ste 102-004
Arlington, VA 22201-3324

In Item "B" below, place the full name of defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) through (F) for additional defendants. NOTE: ALL DEFENDANTS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

B. Defendant   **James W. Rudasill, Jr.**

   Position    **Attorney**

   Employed at **Self-employed Attorney**

   Address     **717 D Street, N.W., Suite 310, Washington, DC 20004**

   Capacity in which being sued: Individual ( ) Official ( ) Both (X)

C. Defendant   **N/A**

   Position    _____

   Employed at _____

   Address     _____

   Capacity in which being sued: Individual ( ) Official ( ) Both ( )

REVISED DATE: 09/2001

D. Defendant _____N/A_____

   Position _____

   Employed at _____

   Address _____

   Capacity in which being sued: Individual ( ) Official ( ) Both ( )

E. Defendant _____N/A_____

   Position _____

   Employed at _____

   Address _____

   Capacity in which being sued: Individual ( ) Official ( ) Both ( )

F. Defendant _____N/A_____

   Position _____

   Employed at _____

   Address _____

   Capacity in which being sued: Individual ( ) Official ( ) Both ( )

IV. STATEMENT OF CLAIM

State here as briefly as possible the FACTS of your case. Describe how each defendant is involved. Include also the names of the other persons involved, dates and places. **DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL ARGUMENTS OR CITE ANY STATUTES.** If you wish to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary. Plaintiff Kenneth A. Hinton hereby submits his complaint on the cause of actions for Breach of Duty, Breach of Trust, Bad Faith, Negligence, Legal Malpractice & Ineffective Assistance of Counsel, Intentional Infliction of Emotional Distress, Mental Anguish, Loss of Consortium, Loss of Income, Loss of Liberty, and Breach of the Sixth Amendment of the U.S. Constitution.

Whereby, on or about April 3, 2007 plaintiff's legal counsel James Rudasill failed and neglected to appear at the plaintiff's scheduled U.S. District court hearing on violation of his supervised release, motion to transfer his supervision to another jurisdiction, provide notice to the District Court of Anne Arundel County regarding plaintiff's detention in the District of Columbia, failure and neglect to present testimonial and documentary evidence relating to hearing on violation.

(See attached Exhibit A)
Affidavit/Declaration of Plaintiff
Kenneth A. Hinton

(See Attached Exhibit A)
Affidavit/Declaration of Plaintiff
Kenneth A. Hinton
Statement of Claim & Facts

V. RELIEF SOUGHT BY PRISONER

State briefly exactly what you want the Court to do for you. MAKE NO LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.

Plaintiff hereby seeks a trial by jury on all averments listed in the Affidavit/Declaration of Statement of Facts;

Plaintiff hereby seeks redress and recompense for all causes of actions as averred in the amount of $1,000,000.00 (one million dollars) as for compensatory damages for all counts

Plaintiff hereby seeks redress and recompense in the amount of $2,000,000.00 (two million dollars) as for punitive damages deemed just and proper by a jury of twelve jurors.

(See attached Affidavit/Declaration of

Kenneth A. Hinton)

Statement of Claim & Facts

Signed this 2nd day of January 2008

*[signature]*
Signature of Plaintiff
Kenneth A. Hinton, Pro se

n/a
Signature of other Plaintiffs
(if necessary)

I declare under penalty of perjury that the foregoing is true and correct.

1/2/2008                *[signature]*
Date                    Signature of Plaintiff

n/a
Signature of other Plaintiffs
(if necessary)

AFFIDAVIT/DECLARATION OF KENNETH A. HINTON
Statement of Claim & Facts
Pursuant to 28 U.S.C. 1746, et seq.

RE: Attorney Legal Malpractice, Negligence, Breach of Care, Breach of Duty, Breach of Trust, Bad Faith, Ineffective Assistance of Legal Counsel, Intentional Infliction of Emotional Distress, Loss of Income, Loss of Liberty, Loss of Consortium, and Breach of Sixth Amendment of the U.S. Constitution.

Subject: James W. Rudasill, Jr.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

STATEMENT OF CLAIM & FACTS

1. On April 3, 2007 complainant's attorney James Rudasill willingly, knowingly and with negligence failed to appear at the complainant's scheduled U.S. District Court hearing on violation of his supervised release. On April 2, 2007 Mr. Rudasill had affirmed to complainant that he would be in court and further assured him that he would be in court.

2. From on or about April 3, 2007 to May 2, 2007 James Rudasill acted with negligence and competence in conducting any pre-hearing review or investigation to present the court with any testimonial or documentary evidence relating to complainant's, strong family ties, his employment opportunities for which he had been offered, or any relative arguement for a sentence below the advisory Guidelines range regarding the HOV.

3. From on or about April 3, 2007 to May 2, 2007 James Rudasill acted in bad faith, with negligence and lack of competence in failing to correctly and diligently communicate with the complainant regarding any proposed term of imprisonment that he was facing; explain to the court the status of complainnant's overlapping case in the District Court for Anne Arundel County Maryland that resulted in his intervening matter before the U.S. District Court.

4. From on or about April 3, 2007 to May 2, 2007 James Rudasill acted with negligence, bad faith and breach of duty in failing to explain that complainant's "appeal" in the District of Maryland for Anne Arundel County did not involve appellate review of his conviction but instead constituted and consisted of an automatic right to a jury trial de novo in the Circuit Court of Maryland.

5. On or about May 2, 2007 James Rudasill knowingly, willingly and with negligence erroneously told the U.S. District Court that the complainant had been unable to "perfect" his appeal to the Circuit Court of Maryland because of his detention in the U.S. District Court case which had precluded complainant's appearance in that Court. James Rudasill further neglected to ever notify the clerk of the Circuit Court of Maryland in Anne Arundel County regarding the complainant's detention in the District of Columbia pursuant to the complainant's numerous requests to Mr. Rudasill to do so on his behalf as his legal counsel who had represented him in the District Court for Anne Arundel County matter on or about March 9, 2007, before Judge Wilcox.

6. From on or about April 3, 2007 to May 2, 2007 James Rudasill acted with bad faith, negligence and breach of duty to the complainant in failing to prepare and properly inform the U.S. District Court of complainant's right to a new trial on the charges underlying the supervised release revocation proceedings in the U.S. District Court, and also further failed and neglected to request a continuance so that complainant could exercise his right to a full jury trial on the District Court of Maryland Anne Arundel County matter before he proceeded with a final revocation decision in the U.S. District Court on May 2, 2007. At no time did Mr. Rudasill make any attempt to communicate with the complainant regarding such rights or legal strategy regarding a new trial.

7. On or about May 2, 2007 James Rudasill acted in bad faith, breach of duty and negligence in failing to move for a continuance of the complainant's revocation proceedings by conceding that the revocation of complainant's supervised release was mandatory in light of his intervening conviction. At no time did Mr. Rudasill communicate or counsel with the complainant regarding this issues that was going to affect the complainant's liberty and freedom.

8. From on or about April 3, 2007 to May 2, 2007 James Rudasill acted with negligence, bad faith, breach of duty and care in failing to invoke any legal findings of facts via any legal research regarding the statute governing the complainant's supervised release revocation. Mr. Rudasill never counseled the complainant on such issues.

9. From on or about April 3, 2007 to May 2, 2007 James Rudasill failed and neglected to make the U.S. District Court aware of its statutory obligation to consider factors under 18 U.S.C. 3553(e). At no time during these proceedings did Mr. Rudasill communicate or counsel the complainant on such issues that were pertinent to his revocation proceeding.

10. On or about May 2, 2007 James Rudasill acted with negligence, breach of duty, and bad faith in failing to present any substantial or mitigating evidence on complainant's behalf throughout the complainant's revocation proceedings. Mr. Rudasill never made any attempt to visit or communicate with the complainant prior to his May 2, 2007 final revocation hearing.

11. At all times from April 3, 2007 to May 2, 2007 James Rudasill acted with negligence, incompetence, breach of duty, bad faith and ineffective assistance of legal representation of the complainant by failing to perform the minimum tasks of prudent legal representation of the complainant. Such deficient legal acts of James Rudasill fell below the objective standard of reasonableness and therefore breached the complainant's Sixth Amendment rights for "effective legal counsel" under the constitution.

I the affiant/declarant Kenneth A. Hinton hereby certify and declare that the foregoing is true and correct under penalty of perjury, in accordance to 28 U.S.C. 1746, et seq.

Dated: January 2, 2008

Signed: _____
Kenneth A. Hinton

F. DETAILS OF COMPLAINT: On or about April 3, 2007 James Rudasill my defense attorney willingly, knowingly, and negligently failed to appear with me at a scheduled HOV in the U.S. District Court. On April 2 2007 Mr. Rudasill affirmed and assured me that he would be present at such court proceeding and thus failed to alert me of any possibility of his non-appearance on April 3, 2007. As a proximate result of his malfeasance, I suffered the loss of liberty and other pending scheduled court matters that were scheduled for my appearance in the D.C. Superior Court on April 4, 2007 was dismissed, regarding a proposed civil settlement in that court. I was further prejudiced with the dismissal of a pending appeal in the Circuit Court of Maryland Anne Arundel County, regarding another matter for which Mr. Rudasill provided legal representation on March 9, 2007. As a proximate result of Mr. Rudasill's inaction to notify any of these other courts of my detention in the intervening matter in the U.S. District Court, I have suffered unreasonable ineffective assistance of legal counsel representation, legal malpractice, negligence, breach of duty, breach of trust, incompetence, loss of income, loss of consortium and a serious breach of my Sixth Amendment rights pursuant to the constitution. and in accordance to the ABA/D.C. Bar Rules of Professional Responsibility Rules 1.1 thru 1.4.
(See additional Statement of Claim/Facts attached as Exhibit A)

The Undersigned hereby certifies to the Office of Bar Counsel that the statements in the foregoing Complaint are true and correct to the best of my knowledge.

Dated: 4/2/2008

_____
SIGNATURE
Kenneth A. Hinton
Complainant

---

OFFICE OF BAR COUNSEL
THE BOARD ON PROFESSIONAL RESPONSIBILITY
DISTRICT OF COLUMBIA COURT OF APPEALS

409 E Street, NW
Building B, Room 228
Washington, D.C. 20001
(202)638-1501   Fax (202)638-0862

COMPLAINT FORM FOR INCARCERATED COMPLAINANT
(Please print or type.)

Date: 4-2-2008

A. Your Name: (Dr.) (Mr.) (Ms.) (Mrs.)
   Kenneth    A.    Hinton
   (First)   (Initial)  (Last)

   DCDC #: 261-079    Location: FCC Petersburg, Petersburg, VA
   Fed. I.D. #: 17746-016    Date of Birth: 3/24/1964
   Other Address: P.O. Box 90043
                  (Street)
                  Petersburg,    VA    23804
                  (City)         (State) (Zip)

   Superior Court ( )   U.S. District Court ( )   Other (XX) U.S. Court of Appeals District of Columbia

B. Attorney Complained Of:
   Name: James    W.    Rudasill, Jr
         (First)  (Initial)  (Last)
   Address: 717 D Street N.W., Suite 310
            (Street)                      (Apt. #)
            Washington, D.C. 20004
   Telephone No.: 202/555-1212    Attorney's Bar No., if known: _____

   Court where case is pending: USCA    Case No(s): 07-3056
   Date of next court appearance: n/a    Before Judge: USCA - Appellate Panel

C. Have you filed a complaint about this matter anywhere else? If yes, please give details. No

D. Do you have a written retainer agreement with the attorney? If yes, please attach a copy. No

E. Do you have other documents that are relevant? If yes, please give details and provide copies.
   (See attached Affidavit/Declaration of Complainant Kenneth A. Hinton

SEE REVERSE SIDE FOR REQUIRED DETAILS & SIGNATURE

(Exhibit B)

08-1073
EGS

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Kenneth A. Hinton

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 17746-016

## DEFENDANTS
James W. Rudasill, Jr

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

AT

Case: 1:08-cv-01073
Assigned To : Sullivan, Emmet G.
Assign. Date : 6/23/2008
Description: Pro Se Gen. Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

☐ **A. Antitrust**
☐ 410 Antitrust

☐ **B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other)** OR ☒ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐

DEMAND $ 3 million

Check YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY

(See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 6/23/08   SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.