PRAECIPE

# United States District Court
## for the District of Columbia

the **30th** day of **June** 20**08**

**Kenneth A. Hinton**
vs.
**James W. Rudasill Jr**

Civil / Criminal Action No. **1:08-cv-01073 (EGS)**

The Clerk of said Court will **Change my Address.**

Old Address: P.O. Box 90043, Petersburg, VA 23804

*NEW Address: 2200 Wilson Blvd Suite 102-004
Arlington, VA 22201

Date: **6/30/08**

Signature: _(signed)_

BAR IDENTIFICATION NO.

Print Name: **Kenneth A. Hinton**

Address: **2200 Wilson Blvd Suite 102-004**

City: **Arlington**, State: **VA**, Zip Code: **22201**

Phone Number: **571-228-4424**

RECEIVED
JUN 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice of Change of Address was sent via first class mail and email to the named defendant on this 30th day of June 2008.

_(signed)_