KENNETH A. HINTON
R17746-016
PETERSBURG MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 90043
PETERSBURG, VA 23804

NIXIE        232  DC 1        00 07/05/08
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 20001289999        *0131-02649-24-40



$ 00.42⁰
02 1A    0004634648    JUN 24 2008
MAILED FROM ZIP CODE 20001

Mail Room
JUL - 8 2008
Nancy Mayer
US District Court

IAL BUSINESS

K'S OFFICE
ES DISTRICT COURT
TRICT OF COLUMBIA
COURTHOUSE
TUTION AVENUE, N.W.
GTON, DC 20001



| | |
|---|---|
| DCD_ECFNotice@dcd.uscourts.gov | To DCD_ECFNotice@dcd.uscourts.gov |
| 06/24/2008 09:11 AM | cc |
| | bcc |
| | Subject Activity in Case 1:08-cv-01073-EGS HINTON v. RUDASILL Order Directing Prisoner Payment |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 6/24/2008 at 9:11 AM and filed on 6/23/2008
**Case Name:**         HINTON v. RUDASILL
**Case Number:**       1:08-cv-1073
**Filer:**
**Document Number:**   4

Docket Text:
**ORDER Directing Monthly Payments in the amount of $0.00 be made from Prison Account of Kenneth A. Hinton; further ordered, granting [2] MOTION for Leave to Proceed in forma pauperis. Signed by Judge Ricardo M. Urbina on 06/19/08. (jf, )**

1:08-cv-1073 Notice has been electronically mailed to:

1:08-cv-1073 Notice will be delivered by other means to::

KENNETH A. HINTON
R17746-016
PETERSBURG MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 90043
PETERSBURG, VA 23804