CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

KENNETH HINTON                )
                              )
                              )
                              )
                              )
            Plaintiff         )    Civil Case Number 08-1073(RWR)
                              )
                              )
                              )    Category   F
JAMES R. RUDASILL             )
                              )
                              )
            Defendant         )
                              )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>August 4, 2008</u> from <u>Judge Emmet G. Sullivan</u> to <u>Judge Richard W. Roberts</u> by direction of the Calendar Committee.

(Judge Roberts has related Civil Action 08-312)

<u>ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Roberts</u> & Courtroom Deputy
      <u>Judge Sullivan</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee