RECEIVED
AUG 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kenneth A. Hinton<br>    Plaintiff, | :<br>:<br>:   Case No. 08-001073-(RWR) *EGS*<br>: |
| Vs. | :<br>:<br>: |
| James W. Rudasill, Jr.:<br>    Defendant, | :<br>: |

**PLAINTIFF'S REQUEST FOR ORDER OF APPOINTMENT OF COUNSEL FOR THE LIMITED PURPOSE OF MEDIATION & SETTLEMENT**

**NOW COMES,** the Plaintiff, Kenneth A. Hinton hereby moves this court to issue an order of appointment of counsel for the limited purpose of mediation and settlement regarding this civil action against the defendant James W. Rudasill, Jr. in the captioned matter.

Whereby, this Court must take judicial notice that the plaintiff has been very ill and incapacitated as a result of his unexpected illness and will need the assistance of the Court's Civil Pro Bono Panel for the limited purpose of assisting him in deciding whether and on what terms to settle this matter and to assist him in the drafting and reviewing of any necessary proposed settlements agreements and related court papers, and to further notify the Court of the outcome of any such mediation sessions.

Whereby, such resolution of this case through mediation and to possibly further represent the plaintiff on the merits would be pursuant to Local Civil Rule 83.11, et seq.

WHEREAS, it appearing to the Court that the Plaintiff has file a pro se civil action and has been granted leave to proceed and litigate *in forma pauperis,*

he hereby requests that this Court grant him the appointment of court appointed mediation counsel to resolve the issues now in dispute.

NOW, THEREFORE, in consideration of the foregoing Plaintiff, Kenneth A. Hinton, pro se has successfully made a showing as mentioned herein regarding the factual allegations in his complaint, as averred has further suffered a manifest of injustice by the Defendant in its inaction of not responding to his complaint and discovery requests, accordingly.

Dated: August 22, 2008

Respectfully submitted,

Kenneth A. Hinton
Plaintiff, Pro se
2200 Wilson Blvd., Suite 102-004
Arlington, VA 22201
(Ph): 571-228-4424

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via first class mail, postage prepaid to the Clerk of this Court and to the Defendant's Attorney(s) of record by placing same in the U.S. Mail, on this 22nd day of August, 2008.

Signed: _____