UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KENNETH A. HINTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-1073 (RWR) |
| JAMES W. RUDASILL, JR., | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Plaintiff requests appointed counsel for mediating his case.[1]  A plaintiff in a civil case does not have an absolute constitutional or statutory right to court-appointed counsel.  *See Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981).  A judge presiding over the a case involving a *pro se in forma pauperis* plaintiff may appoint an attorney from the Civil Pro Bono Panel to assist.  Local Civil Rule 83.11(b)(3).  That decision must take into account the nature and complexity of the action, the potential merit of the *pro se* party's claims, the demonstrated inability of the *pro se* party to retain counsel, and the degree to which the interests of justice will be served by appointing counsel.  *Id.*  Upon these considerations, it is hereby

ORDERED that plaintiff's motion for a court-appointed attorney is DENIED without prejudice.

                         /s/
Date:  September 4, 2008          RICHARD W. ROBERTS
                                       United States District Judge

---

[1] Plaintiff's submission also complains of defendant's failure to respond to the complaint and discovery requests.  The defendant has not yet been served with process and is not yet under an obligation to respond.